NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC,**
*Plaintiffs-Appellees,*

**v.**

**LOREN DAVID,**
*Defendant-Appellant.*

---

2012-1128

---

Appeal from the United States District Court for the Eastern District of Missouri in Case No. 04-CV-0425, Judge Henry E. Autrey.

---

**JUDGMENT**

---

MARK G. ARNOLD, Husch Blackwell, LLP, of St. Louis, Missouri, argued for plaintiffs-appellees. With him on the brief was JOSEPH C. ORLET.

PAUL A. SORTLAND, Sortland Law Office, PLLC, of Minneapolis, Minnesota, argued for defendant-appellant.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and BRYSON, *Circuit Judges*.

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 15, 2012          /s/ Jan Horbaly
     Date               Jan Horbaly
                        Clerk